AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

MAR 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:14-mj-70380-MAG-1 |
| | ) | |
| Renne Mouton | ) | |
| | ) | Charging District: Eastern District of Tennessee, Knoxville |
| Defendant | ) | Charging District's Case No. 3:14-CR-23 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Eastern District of Tennessee<br>The Howard H. Baker, Jr., U.S. Courthouse Building<br>800 Market Street<br>Knoxville, Tennessee 37902 | Courtroom No.: 3A, Judge H. Bruce Guyton |
|---|---|---|
| | | Date and Time: 4/15/2014 at 1:30 pm (Eastern Time) |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Mar 26, 2014

*Judge's signature*

**DONNA M. RYU**, U.S. Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to US Marshal, Judge H. Bruce Guyton